IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JANET TAYLOR and JAMES           )
NEWLANDS, individually and on    )
behalf of all others similarly   )
situated,                        )
                                 )
         Plaintiffs,             )
                                 )
    v.                           )    1:21CV839
                                 )
WALTER KIDDE PORTABLE            )
EQUIPMENT, INC.,                 )
                                 )
         Defendant.              )
```

**ORDER**

This matter comes before the court upon the parties' Joint Motion for Extension of Time. (Doc. 26.) Plaintiffs and Defendant moves the court pursuant to Fed. R. Civ. P. 6(b) and LR 6.1(a) to extend Defendant's deadline to plead in response to Plaintiffs' First Amended Complaint pending the filing of Plaintiffs' motion for leave to file a Second Amended Complaint. The parties jointly request that (a) Defendant be relieved of any obligation to plead in response to the surviving claims in Plaintiffs' First Amended Complaint; (b) Plaintiffs have through and including October 31, 2022 to file a motion for leave to file a Second Amended Complaint; and (c) Defendant's deadline to respond to the anticipated Second Amended Complaint be extended

for thirty (30) days following the Court's ruling on Plaintiffs' forthcoming motion for leave to file a Second Amended Complaint. Having considered the motion, and for good cause shown,

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Extension of Time, (Doc. 26), is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant is relieved of any obligation to respond to the surviving claims in Plaintiffs' First Amended Complaint, that Plaintiffs shall file their motion for leave to file a Second Amended Complaint on or before October 31, 2022, and that Defendant shall have thirty (30) days following the court's ruling on Plaintiffs' motion for leave to file a Second Amended Complaint within which to respond to Plaintiffs' anticipated Second Amended Complaint.

This the 11th day of October, 2022.

_____
United States District Judge