IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JANET TAYLOR and JAMES NEWLANDS, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )     1:21CV839 |
| | ) |
| WALTER KIDDE PORTABLE EQUIPMENT, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER APPROVING AMENDED JOINT RULE 26(f) REPORT AND LOCAL RULE 5.5 REPORT

This matter came before the Court for an initial pretrial conference hearing on June 18, 2024. During the hearing, the parties reached a tentative agreement regarding discovery and were instructed to file an Amended Joint Rule 26(f) Report. The parties have filed the report. (Docket Entry 53.) The Court has reviewed the Amended Joint Rule 26(f) Report (Docket Entry 53) and Local Rule 5.5 Report (Docket Entry 51) submitted by the parties and approves both with the following clarifications:

1. Pursuant to the parties' report, discovery will be phased in this matter. As a result, in the event the Court denies Defendant's limited motion for summary judgment based on the recall (which is the subject of Phase I discovery), the remaining merits and class discovery will proceed. The parties shall submit a joint supplemental Rule 26(f) report within 30 days after the Court's ruling, should further discovery be warranted by such order.

2. The parties shall notify the Court of their selection of a mediator within 30 days after entry of this order. If no mediator is selected, the Clerk shall select a mediator from the Clerk's list of certified mediators.

/s/ Joe L. Webster<br>United States Magistrate Judge

Date: June 25, 2024