## State Death Record(s)

### Source Information

| | |
|---|---|
| **Information Current Through:** | 06/04/2024 |
| **Database Last Updated:** | 08/22/2024 |
| **Update Frequency:** | QUARTERLY |
| **Current Date:** | 08/22/2024 |
| **Source:** | FLORIDA DEPT. OF HEALTH, BUREAU OF VITAL STATISTICS |

### Information Surrounding Death

| | |
|---|---|
| **Date of Death:** | 01/07/2023 |
| **Age at Death:** | 76 YEAR(S) |
| **Death Location:** | DAYTONA BEACH, FL |
| **Death County:** | VOLUSIA |
| **Where Death Occurred:** | ■ |
| **Disposition:** | ■ |

### Identifying Information

| | |
|---|---|
| **Name:** | JAMES BOYER NEWLANDS |
| **Death Certificate Number:** | ■ |
| **Gender:** | MALE |

### Information Regarding Deceased



| | |
|---|---|
| **Occupation:** | ■ |
| **Education:** | ■ |
| **Veteran Status:** | ■ |
| **Marital Status:** | ■ |
| **Spouse Name:** | ■ |
| **Residence at Death:** | ■ |
| **Residence County:** | VOLUSIA |
| **Birth Date:** | ■ |
| **Birth Place:** | ■ |
| **Fathers Name:** | ■ NEWLANDS |
| **Mothers Name:** | ■ |

Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.

**End of Document**                      © 2024 Thomson Reuters. No claim to original U.S. Government Works.