# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

JANET TAYLOR, et al.

     v.                                        Case Number: 1:21CV839

WALTER KIDDE PORTABLE EQUIPMENT, INC.

# NOTICE OF VIDEO CONFERENCE HEARING

**TAKE NOTICE** that a proceeding in this case has been **set** as indicated below:

PLACE: **John Hervey Wheeler Bldg., 323 E. Chapel Hill St., Durham, NC**
COURTROOM NO: **Second Floor Courtroom**
DATE & TIME: **October 2, 2024 -10:00 a.m.**
PROCEEDING: **Status Conference**

The operation of any video or audio recording device by any lawyer, litigant, participant, or observing member of the press or public is prohibited during this proceeding. With the exception of authorized Court personnel, any person remotely participating in, or listening to, this proceeding may not record, or cause to be recorded, any such proceeding. Furthermore, no person participating in, or listening to this proceeding may rebroadcast, live-stream, or otherwise disseminate any live or recorded audio or video of the court proceeding. Counsel shall advise all participants and observers of this prohibition.

**\*Participants are required to log in no later than 15 minutes prior to the start of the hearing.**

---

John S. Brubaker, Clerk

By: /s/ Donita M. Kemp, Deputy Clerk

Date: September 28, 2024

TO: ALL COUNSEL AND/OR PARTIES OF RECORD